# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:  Chapter 11
In re: :
: Case No. 15-11101 (BLS)
BOSTON RESTAURANT ASSOCIATES, INC., :
*et al.*, : (Joint Administration Requested)
:
Debtors.[1] :
--------------------------------------------------------------- x

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**DATE AND TIME OF HEARING:** MAY 22, 2015 AT 8:30 A.M. (EASTERN)

**LOCATION:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801

**VOLUNTARY PETITIONS**

1. Voluntary Chapter 11 Petition Packages

    a. Boston Restaurant Associates, Inc. [Case No. 15-11101]
    b. Fantail Restaurant, Inc. [Case No. 15-11102]
    c. Regina Pizzeria at Fenway, Inc. [Case No. 15-11103]
    d. Pizzeria Regina of Kingston, Inc. [Case No. 15-11104]
    e. Ocean, Inc. [Case No. 15-11105]
    f. Polcari Enterprises, Inc. [Case No. 15-11106]
    g  Polcari's, Inc. [Case No. 15-11107]
    h. Polcari's of Woburn, Inc. [Case No. 15-11108]
    i. Pizzeria Regina of Medford, Inc. [Case No. 15-11109]

**DECLARATION IN SUPPORT OF FIRST DAY MOTIONS**

2. Declaration of Peter E. Salas in Support of First Day Motions [D.I. 3; Filed: 5/20/2015].

---

[1] The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: Boston Restaurant Associates, Inc. (2263); Pizzeria Regina of Kingston, Inc. (2531); Pizzeria Regina of Medford, Inc. (4952); Ocean, Inc. (6400); Fantail Restaurant, Inc. (6556); Regina Pizzeria at Fenway, Inc. (4457); Polcari's Inc. (5395); Polcari's of Woburn, Inc. (9677); Polcari Enterprises, Inc. (0989).

**FIRST DAY PLEADINGS**

3. Motion of Debtors for Entry of Order Pursuant to Bankruptcy Rule 1015 Directing Joint Administration of Related Chapter 11 Cases [D.I. 4; Filed: 5/20/2015].

    Status:    This matter is going forward.

4. Motion of Debtors for Entry of Order (I) Authorizing Debtors to File (A) Consolidated Matrix of Creditors in Lieu of Submitting Separate Mailing Matrix for Each Debtor and (B) Consolidated List of Debtors' 25 Largest Unsecured Creditors and (II) Approving Form and Manner of Notice of Commencement of Debtors' Chapter 11 Cases [D.I. 5; Filed: 5/20/2015].

    Status:    This matter is going forward.

5. Motion of Debtors Pursuant to Sections 105(a), 365(a) and 554 of the Bankruptcy Code, for Entry of Order Authorizing and Approving Expedited Procedures for Assumption, Assumption and Assignment, and Rejection of Contracts and Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property [D.I. 6; Filed: 5/20/2015].

    Status:    This matter will go forward on a date to be determined by the Court.

6. Motion of Debtors Pursuant Sections 105(a), 362, 363(b), 503(b)(1), 1107(a), and 1108 of the Bankruptcy Code, for Entry of Order (A) Authorizing Debtors to Continue (I) Customer Programs and Practices and (II) Certain Prepetition Credit Card Obligations in the Ordinary Course of Business and (B) Authorizing Financial Institutions to Honor And Process Checks and Transfers Related to Such Obligations [D.I. 7; Filed: 5/20/2015].

    Status:    This matter is going forward.

7. Motion of Debtors Pursuant to Bankruptcy Code Sections 105(a), 363(b), 503(b), 507(a)(4), and 507(a)(8) and Bankruptcy Rules 6003 and 6004, for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Certain Employee Compensation and Benefits, and (B) Maintain Such Employee Benefits Programs; and (II) Authorizing and Directing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 8; Filed: 5/20/2015].

    Status:    This matter is going forward only with respect to the interim relief requested therein.

8. Motion of Debtors Pursuant to Bankruptcy Code Sections 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service [D.I. 9; Filed: 5/20/2015].

    Status:    This matter is going forward only with respect to the interim relief requested therein.

9. Motion of Debtors for Entry of Interim and Final Orders, Pursuant to Bankruptcy Code Sections 105(a), 345(b), 363(c)(1), 364(a), 364(b), and 503(b)(1), Bankruptcy Rules 6003 and 6004 and Local Rule 2015-2 (A), Authorizing Debtors to Use Existing Cash Management System, (B) Authorizing and Directing Banks and Financial Institutions to Honor and Process Checks and Transfers, (C) Authorizing Continued use of Intercompany Transactions, (D) Waiving Requirements of Section 345(b) of Bankruptcy Code and (E) Authorizing Debtors to Use Existing Bank Accounts and Existing Business Forms [D.I. 10; Filed: 5/20/2015].

    Status:    This matter is going forward only with respect to the interim relief requested therein.

10. Motion of the Debtors for Entry of Interim and Final Orders Authorizing the Debtors to Pay Taxes and Fees [D.I. 11; Filed: 5/20/2015].

    Status:    This matter is going forward only with respect to the interim relief requested therein.

11. Motion of Debtors for Entry of Order (I) Authorizing Debtors to (A) Continue Their Workers Compensation Program and Insurance Programs, (B) Pay All Obligations in Respect Thereof, (C) Continue to Honor Premium Financing Obligations, and (II) Authorizing and Directing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 12; Filed: 5/20/2015].

    Related Document:

    A. Notice of Filing of Exhibit C to the Motion of Debtors for Entry of Order (I) Authorizing Debtors to (A) Continue Their Workers Compensation Program and Insurance Programs, (B) Pay All Obligations in Respect Thereof, (C) Continue to Honor Premium Financing Obligations, and (II) Authorizing and Directing Banks and Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [D.I. 13; Filed 5/20/2015].

    Status:    This matter is going forward.

12. Motion of Debtors for Entry of an Order Authorizing Rejection of Certain Unexpired Nonresidential Real Property Leases and Abandonment of Certain Personal Property [D.I. 14; Filed: 5/20/2015].

    Status:    This matter will go forward on a date to be determined by the Court.

13. Assented to Motion for Entry of Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(c), 363(e), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), 364(e) and 507 and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (II) Granting Liens And Super-Priority Claims, and (III) Granting Adequate Protection to the Prepetition Secured Lender [D.I. 15; Filed: 5/20/2015].

    Status:    This matter is going forward only with respect to the interim relief requested therein.

14. Motion of Debtors Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code for Entry of Order Authorizing Debtors to Retain and Compensate Ordinary Course Professionals, *Nunc Pro Tunc* to Petition Date [D.I. 16; Filed: 5/20/2015].

    Status:    This matter will go forward on a date to be determined by the Court.

15. Debtors' Application for an Order Authorizing Nixon Peabody to Act as Counsel to the Debtors and Debtors in Possession [D.I. 17; Filed: 5/20/2015].

    Status:    This matter will go forward on a date to be determined by the Court.

16. Application for an Order Pursuant To 11 U.S.C. § 327(a) Authorizing and Approving the Employment and Retention of Cross & Simon, LLC as Counsel to the Debtors *Nunc Pro Tunc* to May 20, 2015 [D.I. 18; Filed: 5/20/2015].

    Status:    This matter will go forward on a date to be determined by the Court.

17. Motion of the Debtors Pursuant to Bankruptcy Code Sections 105(a) and 331, Bankruptcy Rule 2016 and Local Rules 2016-1 and 2016-2 for Entry of Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. 19; Filed: 5/20/2015].

    <u>Status</u>:     This matter will go forward on a date to be determined by the Court.

Dated: May 21, 2015  
Wilmington, Delaware

CROSS & SIMON, LLC

*/s/ Kevin S. Mann*  
Christopher P. Simon (No. 3697)  
Kevin S. Mann (No. 4576)  
1105 North Market Street, Suite 901  
Wilmington, Delaware 19801  
Telephone: (302) 777-4200  
Facsimile: (302) 777-4224  
Email: csimon@crosslaw.com  
       kmann@crosslaw.com

-and-

NIXON PEABODY LLP  
Victor G. Milione  
Lee Harrington  
Christopher M. Desiderio  
Christopher J. Fong  
437 Madison Avenue  
New York, NY 10022  
Telephone: (212) 940-3000  
Facsimile: (212) 940-3111

*Proposed Counsel to the Debtors and Debtors in Possession*