IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                :    **Chapter 11**

**In re:**                                      :

                                                :    **Case No. 15-11101 (BLS)**

**BOSTON RESTAURANT ASSOCIATES, INC.,** : 
*et al.*,                                  :    **Jointly Administered**

             **Debtors.**[1]                 :
---------------------------------------------------------------x

## NOTICE OF FILING OF LIST OF EQUITY HOLDERS

**PLEASE TAKE NOTICE** that Boston Restaurant Associates, Inc. ("BRA"), one of the above-captioned debtors as debtors in possession (collectively, the "Debtors"), filed a petition with the Court on May 20, 2015 (the "Petition Date") for relief under chapter 11 of the United States Code.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, BRA files the attached list of equity security holders as of the Petition Date.

---

[1]     The Debtors, along with the last four digits of each debtor's tax identification number, as applicable, are: Boston Restaurant Associates, Inc. (2263); Pizzeria Regina of Kingston, Inc. (2531); Pizzeria Regina of Medford, Inc. (4952); Ocean, Inc. (6400); Fantail Restaurant, Inc. (6556); Regina Pizzeria at Fenway, Inc. (4457); Polcari's, Inc. (5395); Polcari's of Woburn, Inc. (9677); Polcari Enterprises, Inc. (0989).

Dated: June 1, 2015

CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
kmann@crosslaw.com

and

NIXON PEABODY LLP
Victor G. Milione
Lee Harrington
Christopher M. Desiderio
Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111

*Proposed Counsel to the Debtors and Debtors in Possession*

| Type of Interest | Shares Held | Name | Address |
|---|---|---|---|
| Common Stock | 7,957 | Anthony Buccieri | c/o Boston Restaurant Associates, Inc. 48 Cummings Park Woburn, MA 01801 |
| Common Stock | 27,758 | Fran V. Ross | c/o Boston Restaurant Associates, Inc. 48 Cummings Park Woburn, MA 01801 |
| Common Stock | 867,745 | John P. Polcari and Lucille Salhany | 36 Strawberry Hill St Dover, MA 02030 |
| Common Stock | 1,440 | Stephen Napolitano | c/o Boston Restaurant Associates, Inc. 48 Cummings Park Woburn, MA 01801 |
| Common Stock | 1,717,223 | Dolphin Direct Equity Partners, LP | P.O. Box 16867 Fernandina Beach, FL 32035 |
| Series A Preferred Stock | 266,918 | Dolphin Direct Equity Partners, LP | P.O. Box 16867 Fernandina Beach, FL 32035 |
| Series A Preferred Stock | 1,636 | Robert C. Taft | 52 Old Forge Rd North Falmouth, MA 02556 |
| Series B Preferred Stock | 27,087 | Dolphin Direct Equity Partners, LP | P.O. Box 16867 Fernandina Beach, FL 32035 |